UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARLENE J. CASTROW, BRIAN MAUERMAN, DOUGLASS M. BARKLEY, and TACOMA ELECTRIC SUPPLY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. C05-5422FDB<br><br>ORDER GRANTING FORD MOTOR COMPANY'S MOTION TO STAY |

Defendant moves to stay all further proceedings in this case pending a decision from the Judicial Panel on Multidistrict Litigation on Ford's motion to transfer and consolidate for pretrial proceedings in this case and five other substantially similar cases filed across the country. Plaintiffs have filed a response stating that they do not oppose the motion. ACCORDINGLY,

IT IS ORDERED: Ford Motor Company's Motion To Stay [Dkt. # 17] is GRANTED.

DATED this 6th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2